UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GOPINATH PULYANKOTE,

Plaintiffs,

v.

GENERAL MOTORS LLC,

Defendants.

Case No. 23-cv-04323-SI  (SI)

**PRETRIAL PREPARATION ORDER (CIVIL)**

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: 5/10/2024 at 3:00 PM.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DEADLINE FOR AMENDMENT OF THE PLEADINGS:  11/17/2023

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is: 8/30/2024.

DESIGNATION OF EXPERTS: 8/5/2024; REBUTTAL: 8/12/2024;
   Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is: 8/30/2024.

DISPOSITIVE MOTIONS **SHALL** be filed by; 9/6/2024;
   Opp. Due: 9/20/2024; Reply Due: 9/27/2024;
   and set for hearing no later than 10/11/2024 at 10:00 AM.

PRETRIAL PAPERWORK DUE:  11/19/2024
PRETRIAL CONFERENCE DATE: 12/3/2024 at 1:30 PM.

JURY TRIAL DATE: 12/16/2024 at 8:30 AM.
   Courtroom 1, 17th floor.

TRIAL LENGTH is estimated to be 4 days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

**IT IS SO ORDERED**.

Dated: February 5, 2024

SUSAN ILLSTON
United States District Judge