UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOPINATH PULYANKOTE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GENERAL MOTORS LLC,<br><br>　　　　Defendant. | Case No. 23-cv-04323-SI<br><br>**ORDER DISMISSING CASE WITH PREJUDICE PURSUANT TO PARTIES' JOINT REQUEST**<br><br>Re: Dkt. No. 58 |

On August 26, 2024, the parties jointly requested that this matter be dismissed with prejudice pursuant to a settlement agreement. Dkt. No. 58. The Court hereby dismisses this case with prejudice. The case shall be terminated accordingly.

**IT IS SO ORDERED**.

Dated: August 28, 2024

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　SUSAN ILLSTON
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge